UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Cr. Action No. 09-154 (KSH) |
| GWENDOLYN JACKSON, | **ORDER** |
| Defendant. | |

**KATHARINE S. HAYDEN, U.S.D.J.**

Before the Court is an appeal from an order [D.E. # 36[1]] of Magistrate Judge Patty Shwartz granting in part defendant's motion to limit disclosure of her medical records. In addition to appealing Judge Shwartz's decision to grant limited disclosure of her medical records, defendant spends considerable effort arguing that the bench warrant issued against her is invalid because she did not receive proper notice to appear before Judge Shwartz. Further, defendant claims that Judge Shwartz is unfit for duty and requests the Court to order Judge Shwartz to submit to a mental health exam. In sum and substance, defendant's "appeal" is little else than an attack on the validity of the bench warrant and on Judge Shwartz. Significantly, defendant's papers do not meaningfully address why Judge Shwartz's order regarding the release of her medical records should be vacated.

The bench warrant has already been executed, s*ee* D.E. # 41, and thus defendant's appeal is moot as to it, and defendant's *ad hominem* attack on Judge Shwartz is wholly frivolous. The

---

[1] Docket entries cited herein refer to Magistrate Case Number 07-cr-9061.

Court has reviewed defendant's submissions, and finds that Judge Shwartz did not err in granting limited disclosure of defendant's medical records. Good cause appearing,

**It is** this 18th day of March, 2009, hereby

**ORDERED** that the order of Magistrate Judge Patty Shwartz, dated February 24, 2009 [D.E. # 36], is **AFFIRMED** in all respects.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE